IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOSEPH STEVESON, :

    Petitioner, :

                                Case No. 3:10-cv-009

   vs. :

                                JUDGE WALTER HERBERT RICE

DEBORAH TIMMERMAN-COOPER, :

    Respondent :

---

DECISION AND ENTRY OVERRULING PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATIONS (DOC. #5) AND PLAINTIFF'S OBJECTION TO SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. #8); ADOPTING REPORT AND RECOMMENDATIONS (DOC. #3) AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. #6); DISMISSING PETITION WITH PREJUDICE; DENYING CERTIFICATE OF APPEALABILITY AND LEAVE TO APPEAL *IN FORMA PAUPERIS*; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth in the Report and Recommendations of the United States Magistrate Judge, filed January 14, 2010 (Doc. #3), and in the Supplemental Report and Recommendations, filed February 23, 2010 (Doc. #6), as well as on a thorough *de novo* review of this Court's file and the applicable law, said documents are adopted in their entirety. Petitioner's objections (Docs. ## 5 and 8) are overruled, and the Petition is dismissed with prejudice on both grounds for relief.

Given that Petitioner has not made a substantial showing of the denial of a constitutional right and, further that the Court's decision herein would not be debatable among reasonable jurists, and because any appeal from this Court's

decision would be objectively frivolous, Petitioner is denied a certificate of appealability and denied leave to appeal *in forma pauperis*.

Judgment will be entered accordingly.  This case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: August 19, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to: Petitioner
Counsel for Respondent